# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2012

143742

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

ANNE K. DAVIDSON,
        Plaintiff-Appellee,

v

RICHARD D. DAVIDSON,
        Defendant-Appellant.

SC: 143742
COA: 298746
Tuscola CC: 08-024763-DO

_____/

      On order of the Court, the application for leave to appeal the August 9, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2012

_____
Clerk

p0118